AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christopher M. Craig

Plaintiff,

V.

Justin S. Flanery et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-CV-0146 JCM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that plaintiff's motion for default judgment [60] is granted.  Default judgment is entered in the amount of $200,000 against defendants Justin S. Flanery, Jay Reigl, SAC City Auto, Roseville Gold Inc, and Aaron Paul Blanchard, jointly and severally.

July 16, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk