# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER M. CRAIG,

    Plaintiff,

v.

JUSTIN S. FLANERY, et al.,

    Defendants.

2:08-CV-146 JCM (RJJ)

**ORDER**

Presently before the court is defendant Aaron Patrick Blanchard's motion to set aside. (Doc. # 76). As the court already granted a stipulation to set aside the judgment and dismiss all claims against defendant Blanchard (doc. # 79), the motion is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Blanchard's motion to set aside (doc. # 76) is DENIED as moot.

DATED April 24, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**